pg. 1

# Amended complaint

case # 5:20CV-90
2020 AUG 19 AM 9:57
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
BY DEPUTY CLERK

1. Rebekah Thompson &
2. Chester Thompson
Plaintiffs,

3. verses,

4. State custody of DCYF
Defendant

5. Rebekah Thompson &
6. Chester Thompson
7. 242 College Street Apt. 6
burlington VT 05401

8. State of custody DCYF
9. Josh anderson & Chad
10. Phalon

11. 426 International ave
winson VT 05495

12. 802 495 8930 Rebekah
Thompson cell

13. 802 355 8205 chester
thompson

# 1 medical

At the time of my daughter Birth on march 2, 2018 at 4:50 Am and given Birth at home, the doctor had send me home when i was supposed to stay in the hospital, Because i was a high Risk pregnancy. I was also told that i have (Retardation with meen the action of delaying and slowing the progress or development of something.) But that does not meen i cant parent a child. And that i could not tell the Difference Between giving Birth or have contraction not all pregnancy is not the same people in the world have 7 kids or 4 kids and i bet you that those women didn't have contraction. The doctor's have lied to DCF Because there was no danger to the child Rebekah has feed the newborn write and change her write. And doctor's aren't supposed to make that decision without a mental Health that can determine if we are unfit parnels. There for we are not happy about this and this is something doctors & DCF plain Before a child is Ready to Birth out of a women this has to stop this corrupt Doctor's and DCF to call someone with a slow Iq with is agasint the ADA.

x Chester Chyn         (father of Renesmee Oliva Rose Thyps
x Rebeca                (mother of Renesmee Oliva Rose Thyps

#2 Wrong full of Discrimation

I Rebekah Brooke Thompson, Born November 18, 1991 In Avon Park Florida. I was Beatting and abuse and had head truma to my head and seziuress. And all my life from my parents to school i have been called Retarded. And know when i had a baby the doctors and DCF had called me Retarted and Slow and that i can't parent a child becuase of my disbility and that while my husband is black my parents hated that. So they had told DCF to Remove my child, because i was Slow and Retarted, these was the words of the doters and DCF, And that Chester Thompson had Angry issues that he would hurt me and the Baby. Which no mental Health docter that Chester seen told the courts that there was danger to harm a wife or child and that all Black men do to white women. This not fear to Judge me our my husband on the matter of my husband Being Black. We did all the programs they ask for and still denied us to get our daughter back no Mental Health provider sat at any of our Vist to see what our behavior was towards each oether our to our daughter Renesemee. the only problem they had with me as a mother was changing a diaper and to change it fast u can't change a dinper frist, Because you can hurt your baby our put it on the wrong way. Next page ⟶ ⟶

#3 Bussiness / Rent

Chester Thompson & Rebekah Brake Thompson only Rent from the handy for 3 years we don't Receive any money from no other people we don't have any Interst. the Bussinees we owe we haven't made much money because of this virus Because the government had shutdown bussiness But we do a store at my apartment, ~~the~~ But don't make much money because people are still afraid to come buy stuff from thompson's turtle sports

x Chester Thompson
x Rebekah Thompson,

#4 DCF/Violation of our Constitution Rights towards parents. DCF Also Denied our 1st 4th 5th 6th 9th 14th amendment Rights. And i feel that DCF is being excluded to those amendment. So Can abuse there power to take Children away from people with false Reports and that while i am a black men In the USA i have no say in anything with Because a hate Crime. they have been for year putting up Children for adoption even when parents are doing the write thing to get the child back home. they are Selling Kids, Kids are being abuse and killed, in the foster home all over the ~~Country~~ world my daughter has been abuse and Bitting in the face and the foster mom said she feel on a Rock and when we ask about her injurys they said she would be fine and these things happend all the time with kids. which i disagree they need to be held to there work. these people have been Racist towards me Bye the foster mom calls me Nigger words and the Courts say she was having a Rough week. So the Courts don't thank we don't got im Rough we are the parents of my daughter that Sit's and Eats and sleep Everyday at a white lady House thats calls me a Nigger And DCF told me that she was Just stress But my daughter is half: Black & white.

Next page

I'm Not stupid, We Need Our daughter home
If this is going to turn out to be a Race WAR
then i will CALL NAACP, And i will protest EVERY City
against these guy. Until i get Justice
BIACK Live MATTER movement will come
and I'm the C.E.O. of my group Called
the fearest PANTHER Group. No Justice No peace

x Chester Thompson
x Cekah Thompson
8/19/20