UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

REBEKAH THOMPSON )
and CHESTER THOMPSON, )
 )
Plaintiffs, )
 )
v. ) Case No. 5:20-cv-90
 )
STATE CUSTODY OF DCYF, )
 )
Defendant. )

**ORDER DISMISSING AMENDED COMPLAINT**
(Doc. 10)

On August 6, 2020, self-represented Plaintiffs Rebekah and Chester Thompson were granted leave to proceed *in forma pauperis* under 28 U.S.C. § 1915; however, Plaintiffs' Complaint was dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B). (Doc. 8.) Plaintiffs timely filed an Amended Complaint (Doc. 10), which the court now considers.

Dismissal is warranted for the same reasons as explained in the Court's July 14, 2020 Order. (*See* Doc. 4 at 3-8.) Plaintiffs' Amended Complaint fails to plausibly allege a claim. *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Buckner v. Shumlin*, No. 1:12-cv-90, 2013 WL 6571814, at *9 (D. Vt. Dec. 13, 2013). Because Plaintiffs have not plausibly alleged a claim for relief over which this court has jurisdiction, Plaintiffs' Amended Complaint is DISMISSED. The court hereby certifies that under 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith.

SO ORDERED.

Dated at Rutland in the District of Vermont, this 20th day of August 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court